IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 12-cv-02989-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 15, 2013 | Courtroom Deputy:   Sabrina Grimm |

| *Parties:* | *Counsel:* |
|---|---|
| NATHANIEL HAMPTON, | Pro se |
| Plaintiff, | |
| v. | |
| LIRA SIMS, | Kathleen L. Spalding |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**

**10:08 a.m.     Court in session**.

Court calls case.  Appearances of counsel.

Plaintiff, Nathaniel Hampton, appears by phone.

Discussion regarding pending motions, case claims, and further legal proceedings filed by Mr. Hampton.
Discovery deadlines will not be set at this time.

**ORDERED:   Plaintiff's Motion to Amend [25] is DENIED WITHOUT PREJUDICE.**

**10:50a.m.     Court in recess.**
Hearing concluded.
Total time in court:     00:42

To order transcripts of hearings, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.