IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02989-PAB-CBS

NATHANIEL HAMPTON,
    Plaintiff,
v.

LIRA SIMS,
    Defendant.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Hampton's "Combined Motion to Strike and to Amend." Pursuant to the Order Referring Case dated March 4, 2013 (Doc. # 13) and the memorandum dated May 28, 2013 (Doc. # 39), this matter was referred to the Magistrate Judge. Defendant has not timely filed any opposition to the Motion. The court having reviewed the motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Hampton's "Combined Motion to Strike and to Amend" (filed May 24, 2013) (Doc. # 37) is GRANTED.

    2.    The Second Amended Prisoner Complaint (Doc. # 37-1) is accepted for filing as of the date of this Order.

    3.    Defendant may stand on her Motion to Dismiss filed on April 4, 2013 (Doc. # 22) or may file a new motion to dismiss **on or before Wednesday, July 10, 2013**.

    DATED at Denver, Colorado this 18th day of June, 2013.

BY THE COURT:

    s/ Craig B. Shaffer
United States Magistrate Judge